UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| DR. TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>SKANDA GROUP OF INDUSTRIES, LLC<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:20-cv-00667-TAD-KLH<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff, Dr. Talbot's Pharmaceuticals Family Products, LLC (Plaintiff), and its counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, Skanda Group Industries, LLC (Defendant).

Nothing within this present dismissal shall be deemed to apply to Plaintiff's rights with respect to any other party.

Date: 27st day of May, 2020.        Respectfully submitted,

By: */s/ Joe D. Guerriero*
   Joe D. Guerriero, Esq.
   Louisiana State Bar No. 06391
   3030 Aurora Ave., 2nd Floor
   Monroe, Louisiana 71201
   Telephone: (318) 338-3603
   Facsimile: (318) 388-5892
   Email: joed@nuby.com
   *Counsel for Plaintiff, Talbot's Pharmaceuticals Family Products, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 27, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all parties and counsel who are filing users.

                                */s/ Joe D. Guerriero*
                                Joe D. Guerriero, Esq.